IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELANIE BELL-HAWES             PLAINTIFF

VS.        CASE NO. 6:12-cv-6009

TAYLOR KING, TERRY KING,
and TAYLOR KING & ASSOCIATES            DEFENDANTS

**ORDER**

Before the Court is a Motion to Withdraw and Motion to Dismiss (ECF No. 8) filed on behalf of Plaintiff and Plaintiff's counsel. Due to a conflict of interest, Plaintiff's counsel, Luther O'Neal Sutter, requests that he be allowed to withdraw as counsel for Plaintiff. Further, Mr. Sutter states that Plaintiff has instructed him to request that her case be dismisses without prejudice.[1] The Court has been notified that Defendants do not object to the motion. The Court finds this matter ripe for consideration.

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion (ECF No. 8) should be and hereby is **GRANTED**. Luther O'Neal Sutter is hereby relieved as attorney of record for Plaintiff. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 3rd day of August, 2012.

                                                           /s/ Susan O. Hickey
                                                           Hon. Susan O. Hickey
                                                           United States District Judge

---

[1] Counsel also states that Plaintiff's request for dismissal is being made against his advice.